JENNIFER JUDIN (SBN 256973)
jjudin@dehay.com
KELVIN T. WYLES (SBN 170938)
kwyles@dehay.com
ANOSHEH A. HORMOZYARI (SBN 258967)
ahormozyari@dehay.com
DEHAY & ELLISTON LLP
707 Wilshire Blvd., Suite 4300
Los Angeles, CA  90017
Telephone:  (213) 271-2727
Facsimile:   (213) 271-2730

JS-6

Attorneys for Defendant, PNEUMO ABEX LLC
(erroneously sued as PNEUMO ABEX CORPORATION,
individually and as successor in interest to
ABEX CORPORATION, as successor in interest to
AMERICAN BRAKEBLOK CORPORATION
and as successor in interest to
AMERICAN BRAKE SHOE COMPANY)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VICTORIA, an individual; and CECLIA VICTORIA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY; et al.,<br><br>Defendants. | Case No. 2:13-cv-00309-R (MANx)<br><br>Action Removed: January 16, 2013<br>Trial Date:         February 18, 2014<br><br>**ORDER GRANTING DEFENDANT PNEUMO ABEX LLC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)**<br><br>Courtroom:   8 (Spring St.)<br>Judge:          Hon. Manuel L. Real<br><br>Hearing Date:  August 5, 2013<br>Hearing Time:  10:00 a.m. |

**[PROPOSED] ORDER GRANTING DEFENDANT PNEUMO ABEX LLC'S MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)**

1  Pneumo Abex LLC's Motion to Dismiss was heard in the above-entitled
2  Court on August 5, 2013.  Ari Friedman for Plaintiffs and Anosheh Hormozyari for
3
4  Defendant Pneumo Abex LLC.  The Court, having considered Defendant Pneumo
5  Abex LLC's Motion to Dismiss pursuant to Federal Rule of Civil Procedure
6
7  25(a)(1) , and Plaintiffs' Opposition thereto, for the reasons stated on the record,
8  hereby GRANTS Defendant Pneumo Abex LLC's Motion and ORDERS that the
9  case be dismissed in its entirety, with prejudice.
10
11         Plaintiffs' Motion for Extension of Time, set for hearing on August 19, 2013
12  is DENIED as moot.
13         IT IS SO ORDERED

Dated: August 6, 2013

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT
JUDGE

2

**[PROPOSED] ORDER GRANTING DEFENDANT PNEUMO ABEX LLC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)**

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT PNEUMO ABEX LLC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)** with the Clerk of the Court using the CM/EMF system, and I hereby certify that I have thereby electronically served this document upon all counsel of record who are registered with the Court's CM/ECF system.

_____
Dalia Sandoval

3

[PROPOSED] ORDER GRANTING DEFENDANT PNEUMO ABEX LLC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)